

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00179-CV

**IN THE INTEREST OF K.K.O.**, K.Z.B., Q.K.B., and A.E.B., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02560
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. No costs of appeal are assessed against appellant.

SIGNED September 8, 2021.

_____
Irene Rios, Justice